UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

FILED
JUN 1 4 2010
DENNIS P. IAVARONE, CLERK
US DISTRICT COURT, EDNC
BY _____ DEP CLK

CASE NO: 5:09-M-1588

UNITED STATES OF AMERICA

V.

SLATER, RICHARD JR.

DISMISSAL ORDER

The GOVERNMENT moves for dismissal without prejudice of the captioned case for the following reason: Superseding Criminal Information.

_____
JEREMY D. COHEN
Special Assistant United States Attorney
XVIII Airborne Corps & Fort Bragg
Fort Bragg, NC 28307-5000
(910) 396-1221/1222

Leave for dismissal is granted and it is hereby ORDERED that the captioned case be dismissed without prejudice.

This 14th day of June, 2009.

_____
United States Magistrate Judge